IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00241-MR-WCM

| | |
|---|---|
| LISA WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER |
| ACADIA HEALTHCARE COMPANY, INC.; ) | |
| CRC HEALTH, LLC; ) | |
| and ATS OF NORTH CAROLINA, LLC ) | |
| *doing business as* ) | |
| Mountain Health Solutions Asheville ) | |
| *doing business as* ) | |
| Asheville Comprehensive Treatment Center ) | |
| *doing business as* ) | |
| Mountain Health Solutions ) | |
| North Wilkesboro ) | |
| *doing business as* ) | |
| North Wilkesboro Comprehensive ) | |
| Treatment Center ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 21) filed by Gary W. Jackson. The Motion indicates that Mr. Jackson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Francis C. Trapp, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid.

The Motion states that the request is opposed. Doc. 21 at 2. However, as no defendant has made an appearance in this matter and as the Motion is not accompanied by a certificate of service, the identities of any opposing counsel are not shown on the record and it is not apparent that any such attorneys have received appropriate notice of the Motion.

Accordingly, the Motion for Admission Pro Hac Vice and Affidavit (Doc. 21) is **DENIED WITHOUT PREJUDICE**.

It is so ordered.

Signed: July 25, 2022

W. Carleton Metcalf
United States Magistrate Judge