**Civil Action No.** 1:21-cv-00241-MR-WCM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)* __Acadia Healthcare Company, Inc.__
was received by me on *(date)* __7/27/2022__.

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Patrick Duffy, Intake Specialist__, who is designated by law to accept service of process on behalf of *(name of organization)* __Acadia Healthcare Company, Inc.__ on *(date)* __7/27/2022 at 2:09 PM__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

**My fees are $** __85.00__ **for travel and $** __0.00__ **for services, for a total of $** __85.00__ .

I declare under penalty of perjury that this information is true.

**Date:** __7/27/2022__

*Server's signature:* Ramona Talvacchio (signed)

__Ramona Talvacchio, Process Server__
**Printed name and title**

__1201 N Orange St., Ste 714, Wilmington, DE 19801__
**Server's address**

**Additional information regarding attempted service, etc:**