UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>THE STATE OF NORTH CAROLINA,<br><br>*ex rel.* LISA WHEELER<br><br>Plaintiffs,<br><br>vs.<br><br>ACADIA HEALTHCARE COMPANY, INC.; CRC HEALTH, LLC; ATS OF NORTH CAROLINA, LLC d/b/a MOUNTAIN HEALTH SOLUTIONS ASHEVILLE, d/b/a ASHEVILLE COMPREHENSIVE TREATMENT CENTER, d/b/a MOUNTAIN HEALTH SOLUTIONS NORTH WILKESBORO (MHS), d/b/a NORTH WILKESBORO COMPREHENSIVE TREATMENT CENTER.<br><br>Defendants. | Case No. 1:21-cv-241<br><br>**CERTIFICATE OF SERVICE** |

The undersigned employee of the Law Office of James Scott Farrin, attorney for Plaintiff-Relator, does hereby certify that on August 2, 2022, a copy of the Amended Complaint in the above-captioned action was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of North Carolina, upon:

Acadia Healthcare Company, Inc.
6100 Tower Circle, Suite 1000
Franklin, TN 37067

Acadia Healthcare Company, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CRC Health, LLC
6100 Tower Circle, Suite 1000
Franklin, TN 37067

CRC Health, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

ATS of North Carolina, LLC
6100 Tower Circle, Suite 1000
Franklin, TN 37067

ATS of North Carolina, LLC
c/o CT Corporation System
160 Mine Lake Ct., Suite 200
Raleigh, NC 27615

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2022.

    /s/ Kaitlyn E. Fudge
Signature

Name: Kaitlyn E. Fudge

Address: 280 South Mangum Street,
         Suite 400
         Durham, North Carolina 27703

Phone: (919)-328-4223

Email: Kfudge@farrin.com