IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00241-MR-WCM

| | |
|---|---|
| LISA WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER |
| ACADIA HEALTHCARE COMPANY, INC.; ) | |
| CRC HEALTH, LLC; ) | |
| and ATS OF NORTH CAROLINA, LLC ) | |
| *doing business as* ) | |
| Mountain Health Solutions Asheville ) | |
| *doing business as* ) | |
| Asheville Comprehensive Treatment Center ) | |
| *doing business as* ) | |
| Mountain Health Solutions ) | |
| North Wilkesboro ) | |
| *doing business as* ) | |
| North Wilkesboro Comprehensive ) | |
| Treatment Center ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on Relator's Amended Motion for Admission *Pro Hac Vice* for Attorney Frances C. Trapp (Doc. 28) filed by Gary W. Jackson. The Motion indicates that Mr. Jackson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff/Relator and that he seeks the admission of Frances C. Trapp, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further

appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 28) and **ADMITS** Frances C. Trapp to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 3, 2022

W. Carleton Metcalf
United States Magistrate Judge