IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00241-MR-WCM

| | |
|---|---|
| LISA WHEELER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| ACADIA HEALTHCARE COMPANY, INC.; | ) |
| CRC HEALTH, LLC; | ) |
| and ATS OF NORTH CAROLINA, LLC | ) |
| *doing business as* | ) |
| Mountain Health Solutions Asheville | ) |
| *doing business as* | ) |
| Asheville Comprehensive Treatment Center | ) |
| *doing business as* | ) |
| Mountain Health Solutions | ) |
| North Wilkesboro | ) |
| *doing business as* | ) |
| North Wilkesboro Comprehensive | ) |
| Treatment Center | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the court on Defendants' Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 38) filed by David Hawisher. The Motion indicates that Mr. Hawisher, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Jennifer L. Weaver, who the Motion represents as being a member in good standing of the Bar of Tennessee. It further appears that the requisite admission fee has been paid,

and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 38) and **ADMITS** Jennifer L. Weaver to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 17, 2022

W. Carleton Metcalf
United States Magistrate Judge