UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:21-CV-00241-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LISA WHEELER and THE STATE OF NORTH CAROLINA *ex rel.* LISA WHEELER,<br><br>    Plaintiffs,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC.; CRC HEALTH, INC.; and ATS OF NORTH CAROLINA, LLC,<br><br>    Defendants. | **RELATOR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Relator Lisa Wheeler, through counsel, moves the Court for an extension of time within which to respond to Defendants' Motion to Dismiss.

1. On September 16, 2022, Defendants filed and served its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Relators' response is currently due on September 30, 2022. The time for Relator to respond has not expired. Relator has not sought any previous extensions of time.

3. The undersigned request that Relator be given an additional three weeks within which to respond to Defendants' Motion to Dismiss up to and including October 24, 2022.

4. Defendants' counsel has consented to Relator's Motion for Extension of Time.

5. This motion is filed in good faith for the reasons stated herein and not for purpose of delay.

1

WHEREFORE, the undersigned requests that this motion for additional time to respond to the Defendants' Motion to Dismiss be granted, and that Relator Lisa Wheeler be allowed up to and including October 24, 2022, to respond to the filings.

This the 22nd day of September, 2022.

                                **LAW OFFICES OF JAMES SCOTT FARRIN**
*Attorneys for Plaintiff-Relator*

By: /s/ Kaitlyn E. Fudge
Gary W. Jackson (NC Bar No. 13976)
Kaitlyn E. Fudge (NC Bar No. 54829)
280 South Mangum Street, Suite 400
Durham, North Carolina 27703
Telephone: (919) 688-4991
Facsimile: (919) 688-4688

**LAW OFFICE OF BILL NETTLES**
*Attorneys for Plaintiff-Relator*

William N. Nettles (*Pro Hac Vice*)
John L. Warren III (*Pro Hac Vice*)
Frances C. Trapp (*Pro Hac Vice*)
2008 Lincoln Street
Columbia, South Carolina 29201
Telephone: (803) 814-2826

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document using the CM/ECF system, which automatically serves all counsel of record.

This the 22nd day of September, 2022.

                                              By:    /s/ Kaitlyn E. Fudge
                                                          Kaitlyn E. Fudge