# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| LISA WHEELER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff-Relator, | ) | 1:21-cv-00241-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| ACADIA HEALTHCARE | ) | |
| COMPANY, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2023 Order.

September 18, 2023

Katherine Hord Simon, Clerk
United States District Court