UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>THE STATE OF NORTH CAROLINA,<br><br>*ex rel.* LISA WHEELER<br><br>Plaintiffs,<br><br>vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.<br><br>Defendants. | C/A No. 1:21-cv-00241-MR-WCM |

**JOINT STATUS REPORT REGARDING PART 2 NOTICE PROCESS**

Plaintiff-Relator Lisa Wheeler ("Relator") and Defendants Acadia Healthcare Company, Inc., CRC Health, LLC, and ATS of North Carolina, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this Joint Status Report to address the remaining issues raised in the parties' previous Joint Status Report, which was filed on December 31, 2025. *See* ECF No. 98.

The parties have continued to engage in good-faith discussions to reach an agreement with respect to the proposed process for providing patients with notice regarding Relator's Motion to Authorize the Use and Disclosure of Substance Use

1

Disorder Patient Records Pursuant to 42 C.F.R. § 2.64. *See* ECF No. 87. The parties' agreements are set forth below. Furthermore, as stated in the previous Joint Status Report, *see* ECF No. 98, Defendants' agreement is limited to the form and scope of the notice process. Defendants maintain that there is not good cause under 42 C.F.R. § 2.64 to disclose the records of any of their patients, and Defendants intend to object to the disclosure of any patients' records at the good cause hearing that the Court will schedule and conduct after the patients are provided notice.

I. **Selection of Patients Who Will Receive Notice**

As detailed in the parties' prior Joint Status Report, the parties have agreed to reduce the scope of patients receiving notice to three groups of patients. *See* ECF No. 98 at 4–5. Defendants have finished their review of the medical records of the patients in Groups 2 and 3, and the parties have identified thirty patients who would receive notice:

1. **Group 1 – Asheville Patients Identified in Amended Complaint:** The thirteen patients identified by pseudonym in the Amended Complaint.

2. **Group 2 – North Carolina Patients with Medicaid Group Counseling Claims:** For the twenty-nine patients for whom Defendants submitted Medicaid claims for group counseling from September 1, 2020 to August 1, 2022, Defendants have identified nine patients from the Fayetteville clinic and five patients from the Pinehurst clinic whose records contained group counseling notes containing one or more search terms from Relator's Request for Production ("RFP") No. 49. Therefore, these fourteen Group 2 patients will receive notice.

3. **Group 3 – Randomized Sample from North Wilkesboro and Pinehurst:** For the ten patients in the sample[1] of patients from the North Wilkesboro and Pinehurst clinics, Defendants have identified three patients from the Pinehurst clinic and zero patients from the North Wilkesboro clinic whose records contained group counseling notes containing one or more search terms from Relator's RFP No. 49. Therefore, these three Group 3 patients will receive notice.

ECF No. 98 at 4–5.

In total, the parties propose providing notice to thirty patients. Approximately half of these patients are active patients at their respective clinics.

## II. Proposed Notice Protocol

The parties have agreed to a proposed protocol for providing notice to patients, which is attached as **Exhibit A**.

## III. Proposed Written Notices

If the Court adopts the parties' proposed protocol, current and former patients from three facilities—Asheville, Fayetteville, and Pinehurst—will receive notice. The parties have attached proposed notices for each facility as **Exhibits B–D.**

Because patients have the right to appear in person to object, the notices must include the date of the Court's hearing. Accordingly, the parties request that the Court schedule a hearing at least forty-five days from the Court's initial ruling regarding the protocol. This timeframe allows Defendants sufficient time to

---

[1] Defendants have provided Relator's counsel with information about how this sample was selected.

3

distribute the notices while ensuring patients have thirty days to respond and at least thirty days' notice of the hearing.

## IV. Scheduling Order

Assuming Defendants can begin providing notice on or before February 24, 2026, the parties believe that an extension of the remaining deadlines in the Court's Case Management Order, ECF No. 79, to the following dates would be sufficient:

- **Discovery:** June 23, 2026
- **Motions:** July 24, 2026
- **Trial:** December 14, 2026

These proposed deadlines reflect an extension of approximately seven-and-a-half months from the current deadlines and would provide the parties with approximately 120 days in which to provide notice, conduct the hearing, redact applicable patient records, and provide responsive records to Relator.

## V. CONCLUSION

The parties respectfully request that the Court accept this Joint Status Report and permit the parties to proceed with the agreed-upon process outlined above.

**[Signature Page Follows]**

Respectfully Submitted,

**LAW OFFICES OF JAMES SCOTT FARRIN**

By: /s/ *Kaitlyn E. Fudge*
Thomas Matthew Wilmoth (NC Bar No. 41684)
Kaitlyn E. Fudge (N.C. Bar No. 54829)
555 South Mangum Street, Suite 800
Durham, North Carolina 27701
Telephone: (919) 688-4991
tom.wilmoth@farrin.com
kfudge@farrin.com

Gary W. Jackson (NC Bar No. 13976)
1415 North Duke St.
Durham, North Carolina 27701
Telephone: (704) 650-9655
gjackson@ncadvocates.com

**LAW OFFICE OF BILL NETTLES**

William N. Nettles (D.S.C. Fed. ID 6586)*
bill@billnetteslaw.com
Frances C. Trapp (D.S.C. Fed. ID 6376)*
fran@billnettleslaw.com
John L. Warren III (D.S.C. Fed. ID 12164)*
jw@billnettleslaw.com
2008 Lincoln Street
Columbia, South Carolina 29201
Telephone: (803)-814-2826
* *Admitted Pro Hac Vice*

*Attorneys for Plaintiff-Relator*

**HOLLAND & KNIGHT LLP**

By: /s/ *Jennifer L. Weaver*
Jennifer L. Weaver (Pro Hac Vice)
Wells Trompeter (Pro Hac Vice)

Anna G. Rasmussen (Pro Hac Vice)
Zachary Boulden (Pro Hac Vice)
Ross Hildabrand (Pro Hac Vice)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6804
jennifer.weaver@hklaw.com
wells.trompeter@hklaw.com
anna.rasmussen@hklaw.com
zachary.boulden@hklaw.com
ross.hildabrand@hklaw.com

**ROBERTS & STEVENS, PA**

Phillip Jackson (NC No. 21134)
David Hawisher (NC No. 55502)
Bryant Cross (NC No. 60834)
PO Box 7647
Asheville, NC 28802
Telephone: (828) 252-6600
pjackson@roberts-stevens.com
dhawisher@roberts-stevens.com

*Attorneys for Defendants*

January 23, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document using the CM/ECF system, which automatically serves all counsel of record.

This the 23rd day of January 2026.

By: /s/ *Kaitlyn E. Fudge*